# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INEZ H. BRYSON, ) | |
| ) | |
| Plaintiff, ) | No. 3:13-cv-00627 |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| CAROLYN COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On November 20, 2013, Defendant Commissioner of Social Security filed a Motion to Show Cause Why this Complaint Should Not Be Dismissed, Pursuant to Rule 41(b), Federal Rules of Civil Procedure, in which she requested the Court order Plaintiff Inez H. Bryson to show cause why her Complaint should not be dismissed for failure to prosecute. (Doc. No. 17.) Defendant pointed out that on September 16, 2013, Magistrate Judge Knowles directed Plaintiff to file a motion for judgment on the record within thirty days, but that to date, Plaintiff had failed to comply with the order. (*Id.*) Magistrate Judge Knowles granted the Motion and issued an order to show cause on January 14, 2013, directing Plaintiff to show cause for why the action should not be dismissed for the reasons stated in Defendant's Motion, on or before February 5, 2014. (Doc. No. 21.)

On February 12, 2014, Plaintiff filed a notice stating "I was unable to secure legal counsel. In addition I have started a new case from the beginning." (Doc. No. 24.) Magistrate Judge Knowles issued a Report and Recommendation ("Report") on March 31, 2014, recommending that the action be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) because Plaintiff's filing was not responsive to the Court's order to show cause. (Doc. No. 25 at 2.) The Report provided a period of fourteen days in which either party could file an objection. (*Id.*) Plaintiff has not filed an objection to date. Upon review of this matter, the Court finds the Report to be well-founded and

1

**ADOPTS** it in its entirety; this case is hereby **DISMISSED** under Federal Rule of Civil Procedure 41(b). The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 29th day of April, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT